**NYCLU**

ACLU of New York

New York Civil Liberties Union
125 Broad St., 19th Fl.
New York NY 10004
(212) 607-3300
nyclu.org

November 18, 2024

**Via ECF**
The Honorable P. Kevin Castel
United States District Judge
United States District Court Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *M.G. v. Towns*, 24-cv-04051-PKC

Dear Judge Castel:

We represent the plaintiffs in this putative class action challenging the constitutionality of New York Executive Law § 259-c (14)'s 1,000-foot geographic restriction. The next conference before this Court is scheduled for November 22, 2024. ECF No. 9. The aforementioned conference is an Initial Pretrial Conference and was scheduled prior to this Court's October 2, 2024 Scheduling Order setting a briefing schedule for the defendants' motion to dismiss. ECF No. 28. The defendants submitted their motion to dismiss on November 1, 2024, ECF No. 32, the plaintiffs' responsive brief is currently due on December 6, 2024, and the defendants' reply is due on December 13, 2024. ECF No. 30. Given that briefing is ongoing, and discovery is stayed pending a decision on the motion to dismiss, on behalf of both parties, we write to confirm that the November 22, 2024 Initial Pretrial Conference is adjourned until after the dismissal motion is decided.

*[Handwritten annotation: The November 22 conference is VACATED. SO ORDERED. /s/ Castel, USDJ 11-18-24]*

Sincerely,

By: */Daniel Lambright*
Daniel R. Lambright
Rubin Danberg Biggs
Molly K. Biklen
New York Civil Liberties Union
   Foundation
125 Broad Street, 19th Floor
New York, N.Y. 10004
(212) 607-3300
dlambright@nyclu.org

*Attorneys for Plaintiffs*

1