USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

M.G., B.Z., J.L., and J.M., on behalf of
themselves and all others similarly situated,

                                  Plaintiffs,

    -against –

DARRYL C. TOWNS, in his official capacity as
Chairperson of the Board of Parole; DANIEL F.
MARTUSCELLO III in his official
capacity as the Acting Commissioner of
the Department of Corrections and Community
Supervision,

                                  Defendants.
-----------------------------------------------------------------X

24-CV-4051 (PKC) (KHP)

**ORDER**

**KATHARINE H. PARKER, United States Magistrate Judge:**

      The Parties are reminded that Scheduling and General Pretrial matters have been referred to the undersigned. (ECF No. 48) The Parties are therefore instructed to address future pretrial matters to the undersigned.

      **SO ORDERED.**

DATED:    New York, New York
              October 14, 2025

_____
KATHARINE H. PARKER
United States Magistrate Judge